LESLYN K. SYREN (SBN 206119)
**SACRAMENTO REGIONAL TRANSIT DISTRICT**
P. O. Box 2110
Sacramento, CA  95812-2110
Telephone:   (916) 321-3803
Facsimile:    (916) 446-8946

Attorney for Defendant
SACRAMENTO REGIONAL TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BANGS<br><br>             Plaintiffs,<br><br>     v.<br><br>SACRAMENTO REGIONAL TRANSIT<br><br>             Defendants. | **Case No.: 2:07-cv-00644-WBS-KJM**<br><br>**STIPULATION AND [PROPOSED]<br>ORDER** |

Before the Court is Defendant's Motion to Dismiss set for hearing on June 11, 2007 at 1:30 p.m. in Courtroom 5.

Defendant alleges that Plaintiff has failed to timely comply with the California Government Tort Claims and therefore his state law claims for wrongful termination (Plaintiff's Second Cause of Action) are barred.

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the Second Cause of Action of Plaintiff's Compliant filed in the above-captioned action be and hereby is dismissed with prejudice.

**SO STIPULATED:**

Dated: _____        LAW OFFICE OF JAMES E. McGLAMERY

                           By:    s/James E. McGlamery
                                  James E. McGlamery

                           Attorney for Plaintiff
                           RODNEY BANGS

-1-

STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Dated: _____       SACRAMENTO REGIONAL TRANSIT DISTRICT

By: ____s/ Leslyn K. Syren_____
    LESLYN K. SYREN

Attorney for Defendant
SACRAMENTO REGIONAL TRANSIT DISTRICT

## ORDER

**IT IS HEREBY ORDERED:**

1. Plaintiff's second cause of action is dismissed with prejudice;

2. The hearing scheduled on **June 11, 2007** at 10:00 in Courtroom 26 is hereby vacated; and

3. Defendant's response to the Complaint (First Cause of Action) shall be filed within ten (10) days of this order.

Dated: May 11, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com